UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELI LILLY AND COMPANY, by NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, as subrogee,<br><br>       Plaintiff,<br><br>v.<br><br>TYCO INTEGRATED SECURITY, LLC, F/K/A ADT SECURITY SERVICES, INC., A SUBSIDIARY OF TYCO INTERNATIONAL LTD., CO.,<br><br>       Defendant. | CASE NO. 3-13-cv-00329 (MPS)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>April 4, 2013 |

### TYCO INTEGRATED SECURITY LLC'S
### MOTION TO DISMISS
### NATIONAL UNION'S COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), Tyco Integrated Security ("TycoIS"), hereby moves to dismiss the National Union's Complaint dated March 11, 2013 ("Complaint") for failure to state any claims upon which relief can be granted.

First, National Union has no right to bring this lawsuit because its insured, Eli Lilly, waived National Union's subrogation rights against TycoIS. Without a right to pursue this suit, the Court should dismiss it with prejudice.

Even assuming it had the right to pursue this subrogation action, National failed to commence this lawsuit in a timely manner as required by the Contract between Eli Lilly and TycoIS, and Connecticut's statutes of limitation. For this additional reason, the Court should therefore dismiss National Union's untimely claims with prejudice.

*ORAL ARGUMENT REQUESTED*
5594306 v1

Finally, National Union's allegations are nothing more than speculative assumptions unsupported by fact. They therefore fail to satisfy the pleading standards of *Iqbal*, *Twombly*, and Fed. R. Civ. P. 9(b) and should be dismissed with prejudice for this additional reason.

Pursuant to D. Conn. L. Civ. R. 7(a), TycoIS submits Memorandum of Law in Support of its Motion to Dismiss with additional briefing and argument.

                Tyco Integrated Security LLC

By: /s/ Amy E. Markim
    William H. Champlin III (ct04202)
    Michael T. McCormack (ct13799)
    Amy E. Markim (ct27974)
    Hinckley, Allen & Snyder LLP
    20 Church Street
    Hartford, CT 06103-1221
    Telephone:  860-331-2670
    Facsimile:   860-331-2671
    wchamplin@haslaw.com
    mtmccormack@haslaw.com
    amarkim@haslaw.com

    Charles C. Eblen (*pro hac vice* pending)
    Shook, Hardy & Bacon LLP
    2555 Grand Blvd.
    Kansas City, MO 64108
    Telephone: 816-474-6550
    Facsimile: 816-421-5547
    ceblen@shb.com

*ORAL ARGUMENT REQUESTED*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 4, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties of record by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF system.

        /s/ Amy E. Markim