UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------------X
ELI LILLY AND COMPANY, by NATIONAL UNION
FIRE INSURANCE COMPANY OF PITTSBURGH,
PENNSYLVANIA, as subrogee.

              Plaintiffs,

              CIVIL NO. 13-cv-00329-MPS

    -against-

TYCO INTEGRATED SECURITY, LLC.,
F/K/A ADT SECURITY SERVICES, INC.,
A SUBSIDIARY OF
TYCO INTERNATIONAL LTD, CO.,
              Defendants.

**PLAINTIFFS NOTICE OF DISMISSAL WITHOUT PREJUDICE**

------------------------------------------------------------------------X

      Plaintiff National Union Fire Insurance Company of Pittsburgh, Pennsylvania, as subrogee of Eli Lilly and Company, by its attorneys Tisdale law Offices, LLC and The Gilbert Firm, P.C., hereby dismisses the within action **without prejudice or costs,** pursuant to Fed. R. Civ. P. 41(a)(1).

      Dated this 16th day of April 2013.

                    NATIONAL UNION FIRE
                    INSURANCE COMPANY OF
                    PITTSBURGH, PENNSYLVANIA,
                    as subrogee of ELI LILLY AND
                    COMPANY, Plaintiff

                    By: /s/
                    THOMAS TISDALE, ESQ(ct06793)
                    TISDALE LAW OFFICES, LLC
                    10 SPRUCE STREET
                    SOUTHPORT, CT 06890
                    (203) 254-8474

                    -and-

2

                                        ELISA TARA GILBERT, ESQ
                                        (*pro hoc vice*)
                                        THE GILBERT FIRM, P.C.
                                        325 EAST 57TH STREET
                                        NEW YORK, NY 10022
                                        (212) 286-8524